Decided 21 May, 1901.
### HILL'S INSOLVENCY.

From Multnomah : JOHN B. CLELAND, Judge.

This is a proceeding by certain creditors of J. W. Hill, an insolvent, to set aside a sale of some real property of the estate by Robert L. Sabin, the assignee.   The lower court sustained the action of its officer, and the creditors appealed.                                              DISMISSED.

*Mr. Lydell Baker*, for appellants.

*Mr. W. L. Brewster*, for respondent.

Pursuant to the written stipulation of the parties the appeal was dismissed.   No opinion.          DISMISSED.


Decided 17 June, 1901.
### STRICKLAND *v.* HEATH.

From Multnomah : MELVIN C. GEORGE, Judge.

Action by M. C. Strickland against Noble Heath and wife to recover the alleged value of certain medical services.   Defendants appeal from the judgment.

                                              DISMISSED.

*Mr. Clinton C. Palmer*, for appellants.

*Messrs. Cake & Cake* and *Lydell Baker*, for respondent.

A written stipulation for the dismissal of the appeal having been filed such an order was accordingly made, without allowing costs or disbursements to either party.

                                              DISMISSED.